UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ORLANDO WASHINGTON,<br>　　　　　Plaintiff,<br>　　v.<br>JEREMY, et al.,<br>　　　　　Defendants. | Case No. 23-cv-02802-RMI<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 1 |

This is a civil rights case brought *pro se* by a detainee. Plaintiff presents allegations pertaining to events that occurred at Sacramento County Main Jail. That facility is located in the Eastern District of California. The acts underlying this civil rights complaint occurred in the Eastern District; also, the named Defendants are located in the Eastern District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). All pending motions are **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: June 28, 2023

　　　　　　　　　　　　　　　　　　　ROBERT M. ILLMAN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge